Court of Criminal Appeals
March 9, 2015

Dear Clerk

Hello, my COA# 02-04-358-CR, and trial ct# 0937246R
And my question is what or when the decision date for
Discretionary Review is? Thank you!

Sincerely

_(signature)_

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 13 2015

Abel Acosta, Clerk